| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|  | STEVEN N. MACHTINGER (SBN 61973) |
| 2 | JOHN D. PERNICK (SBN 155468) |
|  | GEOFF S. BECKHAM (SBN 224126) |
| 3 | Three Embarcadero Center |
|  | San Francisco, CA 94111-4067 |
| 4 | Telephone: 415.393.2000 |
|  | Facsimile: 415.393.2286 |
| 5 | Email: steven.machtinger@bingham.com |
| 6 | Attorneys for Plaintiff |
|  | Herbert J. Sims & Co., Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Herbert J. Sims & Co., Inc., | | No. C 07 4777 BZ |
| Plaintiff, | | DECLINATION TO PROCEED |
| v. | | BEFORE A MAGISTRATE JUDGE |
| | | AND |
| Mark Roven, James Darden III, Rod Butterfield, Steve Bares, Jay Magwire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone and Nadine Vanderlanes, | | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendants. | | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: September 20, 2007

                                                Bingham McCutchen LLP

                                      By:_____/s/_____
                                                Steven N. Machtinger
                                                Attorneys for Plaintiff
                                                Herbert J. Sims & Co., Inc.

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |

2    I am over 18 years of age, not a party to this action and employed in the County
3 of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-
4 4067. I am readily familiar with the practice of this office for collection and processing of
5 correspondence for next business day delivery by FedEx, and correspondence is deposited with
6 FedEx that same day in the ordinary course of business.
7    Today I served the attached:

8    DECLINATION TO PROCEED BEFORE A MAGISTRATE
       JUDGE AND REQUEST FOR REASSIGNMENT TO A
9    UNITED STATES DISTRICT JUDGE

10 by causing a true and correct copy of the above to be delivered by FedEx from San Francisco,
11 California in sealed envelope(s) with all fees prepaid, addressed as follows:

12    David Gaba, Esq.
       Patrick Hinton, Esq.
13    Compass Law Group, PLLC
       1200 Fifth Avenue, Suite 1900
14    Seattle, WA 98101

15    I declare that I am employed in the office of a member of the bar of this court at
16 whose direction the service was made and that this declaration was executed on September 20,
17 2007.

20    By: _____/s/_____
                Jolyn Parker