Bingham McCutchen LLP
STEVEN N. MACHTINGER (SBN 61973)
JOHN D. PERNICK (SBN 155468)
GEOFFREY S. BECKHAM (SBN 224126)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Plaintiff
Herbert J. Sims & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT J. SIMS & CO., INC., <br><br> Plaintiff, <br> v. <br><br> MARK ROVEN, JAMES DARDEN III, ROD BUTTERFIELD, STEVE BARES, JAY MAGWIRE, CAROLYN MAGWIRE, DOROTHY MCCARTY, RICHARD TEERLINK, ELENORA CRONE, NELLIE MORISON, SCOTT M. CRONE, SCOTT R. CRONE, AND NADINE VANDERLANES, <br><br> Defendants. | No. C07-04777 MJJ <br><br> **DECLARATION OF BARBARA DESIDERIO IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: December 4, 2007 <br> Time: 9:30 a.m. <br> Dept: 11, 19th Floor <br> Before: Judge Jenkins |

A/72266549.1/3005090-0000326991

DECLARATION OF BARBARA DESIDERIO ISO MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF BARBARA DESIDERIO**

1.  I am a Compliance Officer for Herbert J. Sims & Co., Inc. ("Sims"), Plaintiff in this litigation. I make this declaration based on personal and first-hand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.  On April 1, 2007, Mark Roven, James Darden III ("Darden"), Rod Butterfield, Steve Bares, Jay Magwire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morrison, Scott M. Crone, Scott R. Crone and Nadine Vanderlanes (collectively "claimants" and, with the exception of Darden, the "Investors") initiated an arbitration proceeding against Sims before what is now known as FINRA-DR by filing a Statement of Claim. I have reviewed the Statement of Claim filed by claimants.

3.  In my capacity as Compliance Officer at Sims, I have access to customer account information, which I researched after reviewing the Statement of Claim filed by claimants. I discovered that none of the claimants ever opened or maintained a brokerage account with Sims. There was no record that any of the Investors had any contact of any kind with Sims. Sims has never sent any confirmations, monthly statements, statements of account or customer information to Darden or any of the Investors. Sims has never provided any investment services or other services to any of the claimants, and has never received any payments of money or anything of value from any of the claimants.

4.  Based on my investigation, it is my belief that Darden opened accounts either for or on behalf of the Investors at one or more brokerage firms other than Sims, including Muriel Siebert & Co., Inc. ("Siebert"); that Darden caused Siebert to purchase Regency Pointe bonds from Sims; and that he caused the Investors to purchase the bonds in accounts maintained by Siebert for them or in Darden's name on their behalf.

1  DATED: October 23, 2007

Bingham McCutchen LLP

By: _____
Barbara Desiderio
Herbert J. Sims & Co., Inc.