# Exhibit B

# BINGHAM

Steven N. Machtinger
Direct Phone: 415.393.2640
Direct Fax:    415.393.2286
steven.machtinger@bingham.com
Our File No. 0000326991

September 17, 2007

**Via Mail and Facsimile (301) 527-4766**

Derek L. Sorrells
Senior Case Administrator
FINRA Dispute Resolution
300 South Grand Avenue, Suite 900
Los Angeles, CA 90071-3135

Re:   FINRA Dispute Resolution Case No. 07-01307
      Mark Rovan, et al. v. Herbert J. Sims & Co. Inc.

Dear Mr. Sorrells:

Herbert J. Sims & Co., Inc. ("Sims") is respectfully declining to submit to arbitration in this matter at this time because it has not entered into any arbitration agreements with any of the claimants and because none of the claimants are or have been its customers.

Sims has today filed a Complaint for Declaratory and Injunctive Relief in the United States District Court for the Northern District of California seeking a declaration that the claimants in this matter are not its customers and an order enjoining them from pursuing their claims in this arbitration.

If you need any additional information, please let me know.

Sincerely,

Steven N. Machtinger

cc:   David Gaba, Esq.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com