# Exhibit C

Case 3:07-cv-04777-SI   Document 9-4   Filed 10/26/2007   Page 1 of 2

FINRA | This section is part of a frameset. This page contains the main content of the fra... Page 1 of 1

Case 3:07-cv-04777-SI    Document 9-4    Filed 10/26/2007    Page 2 of 2

Location: NASD > Manual > Rules of the Association > Procedural Rules (8000–14000) > 12000. NASD Code of Arbitration Procedure for Customer Disputes > Part II General Arbitration Rules > 12200. Arbitration Under an Arbitration Agreement or the Rules of NASD

<< **Previous**                                                                                                          **Next**

## 12200. Arbitration Under an Arbitration Agreement or the Rules of NASD



Notices
(1 link)

The Customer Code will apply to claims filed on or after April 16, 2007. In addition, the list selection provisions of the Customer Code will apply to previously filed claims in which a list of arbitrators must be generated after April 16, 2007; in these cases, however, the claim will continue to be governed by the remaining provisions of the old Code unless all parties agree to proceed under the new Code. Contact your case administrator for details.

Parties must arbitrate a dispute under the Code if:

- Arbitration under the Code is either:

    (1) Required by a written agreement, or

    (2) Requested by the customer;

- The dispute is between a customer and a member or associated person of a member; and

- The dispute arises in connection with the business activities of the member or the associated person, except disputes involving the insurance business activities of a member that is also an insurance company.

Adopted by SR-NASD-2003-158 eff. April 16, 2007.

**Selected Notices:** 07-07

<< **Previous**                                                                                                          **Next**

©2007 FINRA. All rights reserved.