Bingham McCutchen LLP
STEVEN N. MACHTINGER (SBN 61973)
JOHN D. PERNICK (SBN 155468)
GEOFFREY S. BECKHAM (SBN 224126)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Plaintiff
Herbert J. Sims & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT J. SIMS & CO., INC.,<br><br>   Plaintiff,<br> v.<br><br>MARK ROVEN, JAMES DARDEN III, ROD BUTTERFIELD, STEVE BARES, JAY MAGWIRE, CAROLYN MAGWIRE, DOROTHY MCCARTY, RICHARD TEERLINK, ELENORA CRONE, NELLIE MORISON, SCOTT M. CRONE, SCOTT R. CRONE, AND NADINE VANDERLANES,<br><br>   Defendants. | No. C07-04777 MJJ<br><br>**NOTICE OF CONTINUED HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: December 18, 2007<br>Time: 9:30 a.m.<br>Dept: 11, 19th Floor<br>Before: Judge Jenkins |

A/72304003.1

1  **PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 7-7(a) the
2  hearing on Plaintiff's Motion for Preliminary Injunction (filed on October 26, 2007 in the above-
3  captioned proceeding) has been continued by agreement of counsel for both parties from
4  December 4, 2007 to December 18, 2007 at 9:30 a.m., or as soon thereafter as counsel may be
5  heard, in Courtroom 11 of the above-entitled Court.
6  **PLEASE TAKE FURTHER NOTICE THAT** following the continuance of
7  hearing, Defendants will file their opposition brief on or before November 28, 2007, and Plaintiff
8  will file any responsive briefing on December 4, 2007.

DATED: November 8, 2007

Bingham McCutchen LLP

By:   /s/  Geoffrey S. Beckham
Geoffrey S. Beckham
Attorneys for Plaintiff
Herbert J. Sims & Co., Inc.

A/72304003.1                                    2

NOTICE OF CONTINUED HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Mateo County, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day/email, and they are deposited that same day in the ordinary course of business.

On November 8, 2007, I served the attached:

**NOTICE OF CONTINUED HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY E-MAIL) by transmitting via e-mail the document(s) listed above to the email addresses set forth below on this date.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by Email and U.S. Mail in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

Patrick Hinton
Compass Law Group PLLC
1200 Fifth Avenue, Ste. 1900
Seattle, Washington 98101
plh@ltol.com

1  I declare that I am employed in the office of a member of the bar of this court at
2  whose direction the service was made and that this declaration was executed on November 8,
3  2007, at East Palo Alto, California.

<pre>
                                    /s/
                              Marianne DeRitis
</pre>

A/72304003.1                                4

NOTICE OF CONTINUED HEARING ON MOTION FOR PRELIMINARY INJUNCTION