THE HONORABLE MARTIN J. JENKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert J. Sims & Co., Inc., | CASE NO.: C07-04777 MJJ |
| Plaintiff, | |
| vs. | **DECLARATION OF PATRICK L. HINTON AND EXHIBIT IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| Mark Roven, James Darden III, Rod Butterfield, Steve Bares, Jay Magwire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone and Nadine Vanderlanes, | Date: January 8, 2008<br>Time: 9:30 a.m.<br>Dept: 11. 19th Floor |
| Defendants. | |

I, Patrick L. Hinton, declare:

1. I am the attorney of record for defendants in the above entitled action. The facts set forth below are of my own personal knowledge and I could competently testify to them if called as a witness.

2. Attached as Exhibit 1 is a true and correct copy of the Merriam-Webster Online Dictionary's definition of the term "customer." This definition can be found on-line at www.m-w.com/dictionary.

**DECLARATION OF PATRICK L. HINTON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION –**
**Page 1**                     Page 1

**COMPASS LAW GROUP**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026

1     I declare subject to penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 28, 2007          /s/ Patrick L. Hinton
                                                    Patrick L. Hinton

**DECLARATION OF PATRICK L. HINTON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION –  Page 2**

COMPASS LAW GROUP
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026

Exhibit 1



Merriam-Webster OnLine

Also Visit: Unabridged | Encyclopedia Britannica | Visual NEW | ESL: Learner's | for Kids: Spell It! NEW | Word Central NEW

Dictionary | Thesaurus | Spanish/English | Medical | Search

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

# customer

One entry found.

customer

Main Entry: **cus·tom·er**
Pronunciation: \ˈkəs-tə-mər\
Function: *noun*
Etymology: Middle English *custumer,* from *custume*
Date: 15th century

**1** **:** one that purchases a commodity or service
**2** **:** an individual usually having some specified distinctive trait <a real tough *customer*>

Learn more about "customer" and related topics at Britannica.com

Find more about "customer" instantly with Live Search

See a map of "customer" in the Visual Thesaurus

Sponsored Links

Remind My Customers
We remind your **customers** via... text message, phone call or email..
www.remindmycustomers.com

Pronunciation Symbols

Search "customer" in:
- Thesaurus
- Spanish/English
- Medical Dictionary
- Open Dictionary

Browse words next to:
- customer

Browse the Dictionary:
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

customer Go

Go to www.gametap.com Feedback - Ads by Google

Products | Premium Services | Company Info | Contact Us | Advertising Info | Privacy Policy

© 2006-2007 Merriam-Webster, Incorporated

**Certificate of Mailing**

I, Patrick L. Hinton, hereby certify that on this date I caused true and correct copies of the document to which this certificate is attached to be served on the following parties via the Court's ECF system and by placing photocopies of the documents in an envelope, addressed as indicated below with first class postage prepaid, depositing such envelope for delivery with the U.S. Postal Service:

Steven N. Machtinger, Esq.
John D. Pernick, Esq.
Geoffrey S. Beckham, Esq.
Bingham McCutchen, LLP
3 Embarcadero Center
San Francisco, California 94111-4067

Dated: November 28, 2007

/s/ Patrick L. Hinton
Patrick L. Hinton

**DECLARATION OF PATRICK L. HINTON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION –
Page 3**                                    Page 3

COMPASS LAW GROUP
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026