THE HONORABLE MARTIN J. JENKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Herbert J. Sims & Co., Inc.,

                    Plaintiff,

        vs.

Mark Roven, James Darden III, Rod Butterfield,
Steve Bares, Jay Magwire, Carolyn Magwire,
Dorothy McCarty, Richard Teerlink, Elenora
Crone, Nellie Morison, Scott M. Crone, Scott R.
Crone and Nadine Vanderlanes,

                    Defendants.

CASE NO.: C07-04777 MJJ

**OBJECTION TO THE DECLARATION
OF BARBARA DESIDERIO**

Date: January 8, 2008
Time: 9:30 a.m.
Dept: 11. 19th Floor

        Defendants object to the Declaration of Barbara Desiderio, offered by plaintiff in support of its

motion for a preliminary injunction, as follows:

        1.  Paragraph 4 in its entirety – lacks foundation, speculation.

Respectfully submitted on this 28th day of November, 2007

                                        COMPASS LAW GROUP

                                        By:/s/ Patrick L. Hinton
                                            Patrick L. Hinton (CBN 143615)
                                            Attorneys for defendants

**OBJECTION TO THE
DECLARATION OF BARBARA
DESIDERIO – Page 1**

**COMPASS LAW GROUP**
**1200 Fifth Avenue, Suite 1900**
**Seattle, WA 98101**
**(206) 467-7026**

1

## Certificate of Mailing

2

3        I, Patrick L. Hinton, hereby certify that on this date I caused true and correct copies of the document to which this certificate is attached to be served on the following parties via the Court's ECF system and by placing photocopies of the documents in an envelope, addressed as indicated below with first class postage prepaid, depositing such envelope for delivery with the U.S. Postal Service:

4

5

6    Steven N. Machtinger, Esq.
John D. Pernick, Esq.

7    Geoffrey S. Beckham, Esq.
Bingham McCutchen, LLP

8    3 Embarcadero Center
San Francisco, California 94111-4067

9

10    Dated: November 28, 2007

11

12    /s/ Patrick L. Hinton
Patrick L. Hinton

13

14

15

16

17

18

19

20

21

22

23

24

**OBJECTION TO THE
DECLARATION OF BARBARA
DESIDERIO – Page 2**

**COMPASS LAW GROUP**
**1200 Fifth Avenue, Suite 1900**
**Seattle, WA 98101**
**(206) 467-7026**