1 | Bingham McCutchen LLP
STEVEN N. MACHTINGER (SBN 61973)
2 | JOHN D. PERNICK (SBN 155468)
GEOFFREY S. BECKHAM (SBN 224126)
3 | Three Embarcadero Center
San Francisco, CA 94111-4067
4 | Telephone: 415.393.2000
Facsimile: 415.393.2286
5
Attorneys for Plaintiff
6 | Herbert J. Sims & Co., Inc.

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| HERBERT J. SIMS & CO., INC., | No. C07-04777 MJJ |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| MARK ROVEN, JAMES DARDEN III, ROD BUTTERFIELD, STEVE BARES, JAY MAGWIRE, CAROLYN MAGWIRE, DOROTHY MCCARTY, RICHARD TEERLINK, ELENORA CRONE, NELLIE MORISON, SCOTT M. CRONE, SCOTT R. CRONE, AND NADINE VANDERLANES, | Date:     February 5, 2008
Time:     2:00 p.m.
Dept:     11, 19th Floor
Before:   Judge Jenkins |
| Defendants. | |

Plaintiff Herbert J. Sims & Co., Inc. ("Sims") and Defendants Mark Roven, James Darden III, Rod Butterfield, Steve Barges, Jay Maguire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone, and Nadine Vanderlanes (collectively "Defendants") stipulate as follows:

1.      Plaintiff Herbert J. Sims & Co., Inc.'s Motion for Preliminary Injunction is currently under submission to the Court.

2.      The Court's ruling on the Motion for Preliminary Injunction will significantly impact how this case will go forward and, indeed, may bring an end to the action altogether.

3. The Case Management Conference in this case is currently set for February 5, 2008, and the parties are facing upcoming deadlines for disclosures and filings relating to the Case Management Conference.

THEREFORE, in order to avoid unnecessary expense and a potential waste of judicial resources, Sims and Defendants hereby stipulate and request that the Court vacate the February 5, 2008 Case Management Conference and, upon entry of the Court's order granting or denying the Motion for Preliminary Injunction, the Court schedule a Case Management Conference to be held 45 days after entry of said order.

DATED: January 18, 2008          Respectfully Submitted,


                                 BINGHAM McCUTCHEN LLP


                                 By:       /s/ Steven N. Machtinger
                                            Steven N. Machtinger
                                            Attorneys for Plaintiff
                                         Herbert J. Sims & Co., Inc.


DATED: January 18, 2008          Respectfully Submitted,


                                 COMPASS LAW GROUP


                                 By:       /s/ Patrick L. Hinton
                                              Patrick L. Hinton
                                          Attorneys for Defendants
                                 Mark Roven, James Darden III, Rod Butterfield,
                                 Steve Bares, Jay Magwire, Carolyn Magwire,
                                 Dorothy McCarty, Richard Teerlink, Elenora
                                 Crone, Nellie Morison, Scott M. Crone, Scott R.
                                     Crone, and Nadine Vanderlanes


**IT IS SO ORDERED.**


   Dated: _____          _____
                                              United States District Judge

A/72389614.1                          2                        Case No. C07-04777 MJJ

STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

**CERTIFICATION BY GEOFFREY S. BECKHAM PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE: E-FILING ON BEHALF OF OTHERS**

1. I am a lawyer licensed to practice law in the State of California, and am an attorney in the law firm of Bingham McCutchen LLP, counsel for plaintiff Herbert J. Sims. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on January 18, 2008.

    /s/ Geoffrey S. Beckham
    Geoffrey S. Beckham