| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | STEVEN N. MACHTINGER (SBN 61973) |
| 2 | JOHN D. PERNICK (SBN 155468) |
|   | GEOFFREY S. BECKHAM (SBN 224126) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | Herbert J. Sims & Co., Inc. |

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | HERBERT J. SIMS & CO., INC., | No. C07-04777 MJJ |
| 12 |     Plaintiff, | **STIPULATION AND** ~~PROPOSED~~ |
|    |     v. | **ORDER REGARDING** |
| 13 | | **CONTINUANCE OF CASE** |
|    | MARK ROVEN, JAMES DARDEN III, ROD | **MANAGEMENT CONFERENCE** |
| 14 | BUTTERFIELD, STEVE BARES, JAY | |
|    | MAGWIRE, CAROLYN MAGWIRE, | Date:      February 5, 2008 |
| 15 | DOROTHY MCCARTY, RICHARD | Time:      2:00 p.m. |
|    | TEERLINK, ELENORA CRONE, NELLIE | Dept:      11, 19th Floor |
| 16 | MORISON, SCOTT M. CRONE, SCOTT R. | Before:    Judge Jenkins |
|    | CRONE, AND NADINE VANDERLANES, | |
| 17 | | |
|    |     Defendants. | |
| 18 | | |

19

20       Plaintiff Herbert J. Sims & Co., Inc. ("Sims") and Defendants Mark Roven, James

21 Darden III, Rod Butterfield, Steve Barges, Jay Maguire, Carolyn Magwire, Dorothy McCarty,

22 Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone, and Nadine

23 Vanderlanes (collectively "Defendants") stipulate as follows:

24       1.     Plaintiff Herbert J. Sims & Co., Inc.'s Motion for Preliminary Injunction is

25 currently under submission to the Court.

26

27       2.     The Court's ruling on the Motion for Preliminary Injunction will significantly

28 impact how this case will go forward and, indeed, may bring an end to the action altogether.

1      3.    The Case Management Conference in this case is currently set for February 5,

2 2008, and the parties are facing upcoming deadlines for disclosures and filings relating to the

3 Case Management Conference.

4      THEREFORE, in order to avoid unnecessary expense and a potential waste of judicial

5 resources, Sims and Defendants hereby stipulate and request that the Court vacate the

6 February 5, 2008 Case Management Conference a~~[redacted]~~

Case Management Conference rescheduled for April 15, 2008 at 2:00 p.m.

7 ~~[redacted]~~

8 ~~[redacted]~~.

9 DATED: January 18, 2008      Respectfully Submitted,

11      BINGHAM McCUTCHEN LLP

13      By:    /s/ Steven N. Machtinger
     Steven N. Machtinger
14      Attorneys for Plaintiff
     Herbert J. Sims & Co., Inc.

16 DATED: January 18, 2008      Respectfully Submitted,

18      COMPASS LAW GROUP

20      By:    /s/ Patrick L. Hinton
     Patrick L. Hinton
     Attorneys for Defendants
     Mark Roven, James Darden III, Rod Butterfield,
     Steve Bares, Jay Magwire, Carolyn Magwire,
     Dorothy McCarty, Richard Teerlink, Elenora
     Crone, Nellie Morison, Scott M. Crone, Scott R.
     Crone, and Nadine Vanderlanes

25 **IT IS SO ORDERED.**

27 Dated: 1/22/2008      _____
     United States District Judge