IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT J. SIMS & CO.,INC.,    No. C 07-04777SI

      Plaintiff,    **NOTICE**

  v.

MARK ROVEN,

      Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management conference has been scheduled to occur on September 3, 2008 at 3:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.

Dated: August 21, 2008    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California