Case 3:07-cv-04777-SI   Document 27   Filed 09/02/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT J. SIMS & CO.,INC.,                         No. C 07-04777SI

       Plaintiff,                                         **NOTICE**

  v.

MARK ROVEN,

       Defendant.
                                              /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to September 22, 2008, at 2:00 p.m.

Dated: September 2, 2008                                         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk