IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERBERT J. SIMS & CO.,INC.,          No. C 07-04777SI

        Plaintiff,                       **NOTICE**

   v.

MARK ROVEN,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the previous clerk's notice was issued in error.


Dated: September 2, 2008                                      RICHARD W. WIEKING, Clerk

                                                                           Tracy Sutton
                                                                           Deputy Clerk