## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/3/08

Case No.   C-08-4777SI            Judge:   SUSAN ILLSTON

Title: SIMS -v- ROVEN

Attorneys: Beckham   Hinton

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

## PROCEEDINGS

1)   Further Case Management Conference - HELD BY PHONE

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                 PART

Case continued to **11/14/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **11/14/08   @ 9:00 a.m.**   for Deft. Counsel's Motion to Withdraw

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: