THE HONORABLE SUSAN ILLSTON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herbert J. Sims & Co., Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>Mark Roven, James Darden III, Rod Butterfield, Steve Bares, Jay Magwire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone and Nadine Vanderlanes,<br><br>    Defendants. | CASE NO.: C07-04777 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**<br><br>Date: November 14, 2008<br>Time: 2:30 p.m.<br>Courtroom: 10 (19th Floor) |

On November 14, 2008, at or about 2:30 p.m., in Courtroom 10 the above-entitled court (the Honorable Susan Illston, District Court Judge, presiding), the motion of Patrick L. Hinton, Esq. and the Compass Law Group (collectively "Moving Parties") to withdraw as counsel of record for defendants Mark Roven, James Darden III, Rod Butterfield, Steve Bares, Jay Magwire, Carolyn Magwire, Dorothy McCarty, Richard Teerlink, Elenora Crone, Nellie Morison, Scott M. Crone, Scott R. Crone and Nadine Vanderlanes (collectively "Defendants") came regularly for hearing. Patrick L . Hinton, Esq. appeared

---

| | |
|---|---|
| **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS (C07-04777 SI) – Page 1** | **COMPASS LAW GROUP**<br>1200 Fifth Avenue, Suite 1900<br>Seattle, WA 98101<br>(206) 467-7026 |

telephonically on behalf of the moving parties. No opposition was offered to the motion.

The Court, having reviewed the moving papers and supporting evidence, and there being good cause, HEREBY ORDERS THE FOLLOWING:

1. The motion is granted effective December 12, 2008. As of that date, or upon the filing of a substitution of attorney for Defendants prior to that date, Moving Parties withdrawal Defendants representation in this case shall become effective and they will be relieved of their duties to Defendants herein.

2. The Further Status Conference set for November 14, 2008 is continued to December 12, 2008 at 2:30 p.m. in Courtroom No. 10 (19th Floor);

3. The Defendants, and each of them, are encouraged to seek counsel at the earliest possible time and before the December 12 Further Status Conference. At that conference, important dates will be set and other orders made which could substantially impact the manner in which this case proceeds.

4. Upon counsel's withdrawal, and subject to any substitution of attorney designating new counsel for some or all of the Defendants, the addresses of record for the defendants *pro se* shall be as follows:

| | |
|---|---|
| Paul DeWitt<br>2181 Salt Air Drive<br>Santa Ana, CA 92705 | Jay and Carolyn Magwire<br>1601 Maine Court<br>Frostproof, FL 33843 |
| Victoria Blewer<br>39 Quaker Street<br>Lincoln, VT 05443 | Mark Rovan<br>Box 1805<br>Soquel, CA 95073 |
| Nadine Vanderlanes<br>1241 Hackett Ave.<br>Long Beach, CA 90815-4636 | Rod Butterfield<br>Studio Glass and Mirror Co.<br>4636 Camellia Avenue<br>Valley Village, CA 91602 |
| Steve Bares<br>808 River Park Dr.<br>Memphis, TN 38103 | Elenora Crone<br>19244 Superior St.<br>Northridge, CA 91324-1742 |

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS (C07-04777 SI) – Page 2

**COMPASS LAW GROUP**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026

| | |
|---|---|
| Scott M. Crone<br>2950 South Wyandot St.<br>Englewood, CO 80110-1225 | Scott R. Crone<br>2950 South Wyandot St.<br>Englewood, CO 80110-1225 |
| Nellie Morison<br>1195 Route 30<br>Cornwall, VT 05753 | Dorothy McCarty<br>11 Evergreen Lane<br>Middlebury, VT 05753 |
| Richard Teerlink<br>Crone Glass Co.<br>8600 Sepulveda Blvd.<br>North Hills, CA 91343 | James Darden III<br>P.O. 4826<br>San Luis Obispo, CA 93403 |

IT IS SO ORDERED.

Dec. 12, 2008
Dated: November __, 2008

_Susan Illston_ (signature)

_____
THE HONORABLE SUSAN ILLSTON,
United States District Court Judge

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS  (C07-04777 SI) – Page 3**

**COMPASS LAW GROUP**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026

### Certificate of Mailing

I, Patrick L. Hinton, hereby certify that on this date I caused true and correct copies of the document to which this certificate is attached to be served on the following parties via the Court's ECF system and by placing photocopies of the documents in an envelope, addressed as indicated below with first class postage prepaid, depositing such envelope for delivery with the U.S. Postal Service:

| | |
|---|---|
| Steven N. Machtinger, Esq.<br>Geoffrey S. Beckham, Esq.<br>Bingham McCutchen, LLP<br>3 Embarcadero Center<br>San Francisco, California 94111-4067 | Paul DeWitt<br>2181 Salt Air Drive<br>Santa Ana, CA 92705 |
| Jay and Carolyn Magwire<br>1601 Maine Court<br>Frostproof, FL 33843 | James Darden III<br>P.O. 4826<br>San Luis Obispo, CA 93403 |
| Victoria Blewer<br>39 Quaker Street<br>Lincoln, VT 05443 | Mark Rovan<br>Box 1805<br>Soquel, CA 95073 |
| Nadine Vanderlanes<br>1241 Hackett Ave.<br>Long Beach, CA 90815-4636 | Rod Butterfield<br>Studio Glass and Mirror Co.<br>4636 Camellia Avenue<br>Valley Village, CA 91602 |
| Steve Bares<br>808 River Park Dr.<br>Memphis, TN 38103 | Elenora Crone<br>19244 Superior St.<br>Northridge, CA 91324-1742 |
| Scott M. Crone<br>2950 South Wyandot St.<br>Englewood, CO 80110-1225 | Scott R. Crone<br>2950 South Wyandot St.<br>Englewood, CO 80110-1225 |
| Nellie Morison<br>1195 Route 30<br>Cornwall, VT 05753 | Dorothy McCarty<br>11 Evergreen Lane<br>Middlebury, VT 05753 |

///

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS (C07-04777 SI) – Page 4

**COMPASS LAW GROUP**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026

Richard Teerlink
Crone Glass Co.
8600 Sepulveda Blvd.
North Hills, CA 91343

Dated: November 25, 2008

*/s/ Patrick L. Hinton*

_____
Patrick L. Hinton

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS (C07-04777 SI) – Page 5**

**COMPASS LAW GROUP**
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 467-7026