IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT J. SIMS & CO., INC., | No. C 07-4777 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARK ROVEN, *et al.* | |
| Defendants. | |

Defendants are permanently enjoined and restrained from pursuing their claims in the FINRA arbitration against Plaintiff Herbert J. Sims & Co. which was the subject of this litigation. Judgment is entered accordingly.

**IT IS SO ORDERED AND ENJOINED.**

Dated: February 12, 2009

SUSAN ILLSTON
United States District Judge